```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BRYANT PERALTE,

      Plaintiff,

  -against-

CITY of NEW YORK, et al,

      Defendant.

------------------------------------------------------------x

07 Civ. 06148 (RJH)

**ORDER**

    The pretrial conference scheduled for October 12, 2007 is rescheduled to October 26, 2007, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
October 04, 2007
SO ORDERED:

                  _____
                  Richard J. Holwell
                  United States District Judge