```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRYANT PERALTE, et al.,

                Plaintiffs,              07 Civ. 6148 (RJH)

    - against -

CITY OF NEW YORK, et al.,                 **ORDER**

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

On April 11, 2008 a conference was held in this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. Present before the Court were all parties represented by their attorneys. The Court established the following schedule:

1.    Defendants to file any dispositive motions by May 9, 2008.

2.    Plaintiffs to file opposition papers by June 13, 2008.

3.    Defendants to file reply papers by July 7, 2008.

SO ORDERED.

Dated:  New York, New York
          April 11, 2008

                                                      Richard J. Holwell
                                                      United States District Judge