UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BRYANT PERALTE, an infant by his m/n/g RAMONA GARCIA & RAMONA GARCIA individually,

                                                    Plaintiffs,

-against-

THE CITY OF NEW YORK, POLICE OFFICERS JOHN ROE 1-10,

                                                    Defendants.

**DECLARATION OF STEVE STAVRIDIS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULES 12(C) AND FOR SUMMARY JUDGMENT PURSUANT TO RULE 56**

07 CV 6148 (RJH)

------------------------------------------------------------------------ x

        **STEVE STAVRIDIS,** declares pursuant to § 28 U.S.C. 1746, under penalty of perjury, that the following is true and correct:

        1.    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant The City of New York ("defendant" or the "City").  I am familiar with the facts stated below based on my review of the litigation file and submit this declaration to place on the record the relevant documents in support of defendant's motion to dismiss pursuant to Rule 12(c) and for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

        2.    Attached as ***Exhibit A*** is a copy of the Complaint in the instant action.

        3.    Attached as ***Exhibit B*** is a copy of the City's Answer to the Complaint.

Dated: New York, New York
May 9, 2008

                                                  MICHAEL A. CARDOZO

        Corporation Counsel for the City of New York
        Attorney for the City Defendants
        100 Church Street, Room 3-159
        New York, New York 10007
        (212) 788-8698


By:    _____
       Steve Stavridis
       Assistant Corporation Counsel