FROM :                         FAX NO. :                         Jun. 01 2005 09:15AM P2

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/14/08

# MICHAEL COLIHAN- ATTORNEY AT LAW

44 Court Street
Suite 911
Brooklyn, New York 11201

Phone (718) 488-7788

Honorable Richard Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007          July 11, 2008.

RE: Peralte v the City of New York

07 cv 06148

RECEIVED
JUL 11 2008
CHAMBERS OF
RICHARD J. HOLWELL

Dear Judge Holwell::

    I represent the plaintiff in this action. I am writing to apologize to the Court and opposing counsel for missing a deadline to file opposition papers to the City's motion to dismiss this action. I mistakenly had my deadline recorded as July 13, 2008; I see now that it was actually one month earlier. I cannot assign any blame to this to anyone but myself. My only excuse is that on June 11, then from June 16- 20, with more proceedings on June 27, 2007 I was actually engaged on trial before the Hon. Shira Scheindlin in the matter of Annunziata v the City of New York. For most of the preceding month before that trail I was, as a sole practitioner, engaged in the preparation of that case.

    I respectfully and with apologies to all concerned <u>request until July 18, 2008 to file opposition papers in this action.</u>

    I thank the Court for its attention & consideration

MC/ll    SO ORDERED        Very Truly Yours,

*[signature]*
US DJ
7/14/08

Michael Colihan